IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARVIND VYAS GOPAL, | 1:07-cv-01442 LJO GSA HC |
| Petitioner, | ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS (DOCUMENT #2) |
| vs. | |
| D.K. SISTO, et al. | ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL (DOCUMENT #3) |
| Respondents. | |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner has filed a motion to proceed in forma pauperis and a certified copy of petitioner's prison trust account statement. Examination of these documents reveals that petitioner is unable to afford the costs of this action. Accordingly, the motion to proceed in forma pauperis is GRANTED. See 28 U.S.C. § 1915.

Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir.), cert. denied, 358 U.S. 889 (1958); Mitchell v. Wyrick, 727 F.2d 773 (8th Cir.), cert. denied, 469 U.S. 823 (1984). However, Title 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Rules Governing Section 2254 Cases. In the present case, the court does not find that the interests of

1  justice would be served by the appointment of counsel at the present time.  Accordingly, IT IS
2  HEREBY ORDERED that petitioner's request for appointment of counsel is denied.
3      IT IS SO ORDERED.
4  Dated:   October 24, 2007            /s/ Gary S. Austin
                                    UNITED STATES MAGISTRATE JUDGE